JUDGE DAVID GUADERRAMA
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2019 JUL 17 PM 1:31

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-19-CR- |
| Plaintiff, | § § | **INDICTMENT** |
| v. | § § | CT 1: 8 U.S.C. § 1326(a) – |
| JOSE GUADALUPE RIOS-CASTRO, | § § | Illegal Re-Entry |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

**EP19CR2302**

**COUNT ONE**
(8 U.S.C. § 1326(a))

On or about June 23, 2019, in the Western District of Texas, Defendant,

**JOSE GUADALUPE RIOS-CASTRO,**

an alien, who had previously been excluded, deported, and removed from the United States on or about May 7, 2014, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney